# ELLISON, SCHNEIDER & HARRIS L.L.P.

ATTORNEYS AT LAW

2600 CAPITOL AVENUE, SUITE 400
SACRAMENTO, CALIFORNIA 95816
TELEPHONE: (916) 447-2166
http://www.eslawfirm.com

June 3, 2015

Joseph P. Spero, Chief Magistrate Judge
United States Northern District Court
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *California River Watch v. Balletto, et al.*  Case No. 3:14-cv-04948-JCS:
      Request for Telephonic Appearance

Dear Magistrate Judge Spero:

Counsel for Defendants John Balletto and Teresa Balletto requests a telephonic appearance for the Further Case Management Conference in the above entitled case scheduled June 12, 2015 at 2:00 p.m.

The direct land line phone number is (916) 889-8584.

Sincerely,

*[signature: Craig A. Carnes, Jr.]*

Craig A. Carnes, Jr.
Attorney for Defendants John Balletto and Teresa Balletto

IT IS HEREBY ORDERED that Mr. Carnes shall be on phone standby and await the Court's call.
Dated: 6/8/15.

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*