**Law Office of Edward E. Yates**
1000 Fourth Street, Suite 800
San Rafael, CA 94901
415-526-6314
eyates@marinlandlaw.com

June 3, 2015

Joseph P. Spero, Chief Magistrate Judge
United States Northern District Court
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *California River Watch v. John Balletto, et al.*
              Case No. 3:14-cv-04948-JCS
              Request for Telephonic Appearance

Dear Magistrate Judge Spero:

    Counsel for Plaintiff California River Watch requests a telephonic appearance for the further Case Management Conference in the above-captioned matter scheduled for June 12, 2015 at 2:00 p.m.

    Attorney Edward E. Yates will attend on behalf of Plaintiff, and can be reached at direct land line telephone (415) 990-4805.

                                            Very truly yours,

                                            Edward E. Yates

EEY:lhm

IT IS HEREBY ORDERED that Mr. Yates shall be on phone standby and await the Court's call.
Dated: June 8, 2015

