# Ellison, Schneider & Harris L.L.P.

Attorneys at Law

2600 Capitol Avenue, Suite 400
Sacramento, California 95816
Telephone: (916) 447-2166
http://www.eslawfirm.com

August 4, 2015

Joseph P. Spero, Chief Magistrate Judge
United States Northern District Court
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *California River Watch v. Balletto, et al.*  Case No. 3:14-cv-04948-JCS:
        Request for Telephonic Appearance

Dear Magistrate Judge Spero:

Counsel for Defendants John Balletto and Teresa Balletto requests a telephonic appearance for the Further Case Management Conference in the above entitled case scheduled August 14, 2015 at 2:00 p.m.

The direct land line phone number is (916) 889-8582.

Sincerely,

*Peter J. Kiel*

Peter J. Kiel
Attorney for Defendants John Balletto and Teresa Balletto

Dated: 8/5/15

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{00314689;1}